## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:17-cv-00059-JRG |
| YAHOO! INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER

Before the Court is the Joint Motion to Transfer to the Northern District of California. (Dkt. No. 32.) Noting that the Motion is joint but without addressing any underlying basis for the parties' agreement, as reflected in their joint Motion, the Court finds that the Motion should be and is GRANTED.

It is therefore ORDERED that the case is transferred to the United States District Court for the Northern District of California.  It is further ORDERED that all deadlines in this case are stayed pending transfer. The Clerk of the Court shall forthwith take such steps as are needed to effectuate the transfer.

**So Ordered this**

**Jun 1, 2017**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE